# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Federal Trade Commission, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 26-5028 |
| ) | |
| Meta Platforms, Inc., ) | |
| ) | |
| Defendant-Appellee. ) | |
| ) | |

## STATEMENT OF ISSUES

Pursuant to the clerk's order of January 26, 2026, Appellant Federal Trade Commission provides the following preliminary and non-binding statement of issues to be raised in this appeal:

1. Whether Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), requires the Commission—when seeking a permanent injunction—to show that a defendant is violating or is about to violate the law at the time of the verdict.

2. Whether the district court erred in concluding that Meta lacked monopoly power.

Respectfully submitted,

LUCAS CROSLOW
    *General Counsel*


*/s/ Benjamin F. Aiken*
BENJAMIN F. AIKEN
    *Attorney*

ALEX POTAPOV
H. THOMAS BYRON III
    *Deputy General Counsels*

MARIEL GOETZ
    *Attorney*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Email: baiken@ftc.gov
Phone: (202) 326-2151


February 25, 2026