# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Federal Trade Commission, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 26-5028 |
| ) | |
| Meta Platforms, Inc., ) | |
| ) | |
| Defendant-Appellee. ) | |
| ) | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Pursuant to the clerk's order of January 26, 2026, Federal Rule of Appellate Procedure 27, and this Court's Circuit Rule 27(d), the parties jointly request the entry of the following briefing schedule:

Appellant's opening brief due May 22, 2026

Amicus briefs supporting appellant due May 29, 2026

Appellee's brief due August 20, 2026

Amicus briefs supporting appellee due August 27, 2026

Appellant's reply brief due September 29, 2026.

Deferred appendix due October 6, 2026

Final briefs due October 20, 2026

The parties believe the additional time reflected in this schedule is necessary in this complex case, which includes a voluminous record following a trial, and to accommodate trial commitments of counsel for Appellee in June and July 2026.

/s/ *Aaron M. Panner*
MARK C. HANSEN
AARON M. PANNER
ALEX A. PARKINSON
KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com

*Counsel for Defendant-Appellee Meta Platforms, Inc.*

Respectfully submitted,

LUCAS CROSLOW
 *General Counsel*

/s/ *Benjamin F. Aiken*
BENJAMIN F. AIKEN
 *Attorney*

ALEX POTAPOV
H. THOMAS BYRON III
 *Deputy General Counsels*

MARIEL GOETZ
 *Attorney*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Email: baiken@ftc.gov
Phone: (202) 326-2151

*Counsel for Plaintiff-Appellant Federal Trade Commission*

February 25, 2026

2